Vanessa J. Jarvis (SBN: 201585)
Vanessa@barklawfirm.com
BARKHORDARIAN LAW FIRM, PLC
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Telephone: (323) 450-2777

Attorneys for Plaintiff
Ali Sanabria

Keith A. Fink, Bar No. 146841
kfink@finklawfirm.com
Oliver J. Vasquez, Bar No. 210174
ovasquez@finklawfirm.com
KEITH A. FINK & ASSOCIATES
11693 San Vicente Blvd. #128
Los Angeles, CA 90049
Telephone: (310) 268-0780
Facsimile: (310) 268-0790

Attorneys for Defendants
SMALL BUSINESS LENDING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SANABRIA, an Individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SMALL BUSINESS LENDING, LLC, a New York Limited Liability Corporation; NEWTEKONE, INC., a Maryland Corporation; and DOES 1-10 inclusive.<br><br>　　　　Defendants. | Case No.: 2:23-cv-01096-ODW-MRW<br><br>(Assigned for all purposes to Hon. Judge Otis D. Wright, II)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed: 2/14/2023<br>Trial Date: October 15, 2024 |

The parties by and through counsel hereby jointly give the Court notice that Plaintiff Ali R. Sanabria and Defendant Small Business Lending, LLC., ("the Parties") have reached a settlement in this matter.

The Parties thus request this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within forty-five (45) days, allowing for a Joint Stipulation of Dismissal with prejudice as to all parties to be filed.

Date: September 3, 2024          BARKHORDARIAN LAW FIRM, PLC

By: _____
Vanessa J. Jarvis
Attorneys for Plaintiff
ALI SANABRIA

Date: September 3, 2024          KEITH A. FINK & ASSOCIATES

By: /s/ Oliver J. Vasquez
Keith A. Fink
Oliver J. Vasquez
Attorneys for Defendants
SMALL BUSINESS LENDING, LLC