JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SANABRIA, an Individual,<br><br>　　　　Plaintiff,<br>v.<br><br>SMALL BUSINESS LENDING, LLC, a New York Limited Liability Corporation; NEWTEKONE, INC., a Maryland Corporation; and DOES 1-10 inclusive.<br><br>　　　　Defendants. | Case 2:23-cv-01096-ODW-MRW<br><br>(Assigned for all purposes to Hon. Judge Otis D. Wright, II)<br><br>**ORDER**<br><br>Action Filed: 2/14/2023<br>Trial Date: October 15, 2024 |

ORDER

Having considered the stipulated request of the parties to dismiss the February 14, 2023 complaint, and finding GOOD CAUSE therefor, the Court hereby issues the following Order:

The entire action is dismissed with prejudice against Defendant SMALL BUSINESS LENDING, LLC pursuant to FRCP 41(a)(1)(A).

IT IS SO ORDERED

DATE: October 22, 2024

By: _____
Hon. Judge Otis D. Wright, II.